PATRICK M. COSTELLO (Bar No. 117205)
VECTIS LAW GROUP
2225 E. BAYSHORE ROAD, SUITE 200
PALO ALTO, CA 94303-3220
Telephone: 650 320 1688
Facsimile: 650 320 1687
Email: pcostello@vectislawgroup.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re | Case No.:11-43402 |
| RPO, Inc<br>a Delaware Corporation | Chapter 7 |
|     Debtor | |
| EIN:98-0477842 | |

## APPLICATION TO APPOINT RESPONSIBLE
## INDIVIDUAL (B.L.R. 4002-1)

RPO, Inc., the debtor in the above-captioned Chapter 7 case ("Debtor") hereby applies to the

Court for an order appointing Dennis Mahoney as the natural person responsible for Debtor's duties and

obligations in this Chapter 7 case.

Mr.Mahoney is the former Chief Financial Officer of and specifically authorized to act as

responsible person of Debtor and his address and telephone number are the following:

    c/o Sequoia Financial and Sequoia CFO
    177 Bovet Road, Suite 600
    San Mateo, CA 94402
    Tel: 560 504 2300

Mr. Mahoney has agreed to serve as the "responsible person" for Debtor pursuant to

B.L.R. 4002-1.

WHEREFORE, RPO, Inc. prays that this Court enter its Order appointing Mr. Mahoney as the natural person responsible for duties and obligations of Debtor in this Chapter 7 case.

Date:  March 30, 2011                    VECTIS LAW GROUP


                                         /s/ Patrick M. Costello
                                         Patrick M. Costello

                                         Attorneys for RPO, Inc.
                                         Debtor