# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re *RPO, Inc., a Delaware Corporation*

Case No. *11-43402*
Chapter *7*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $  0.00 | | |
| B-Personal Property | *Yes* | *4* | $  3,056,116.89 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $  13,561,370.85 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $  5,151.63 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *7* | | $  652,068.15 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *2* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $  0.00 |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $  0.00 |
| TOTAL | | 19 | $  3,056,116.89 | $  14,218,590.63 | |

In re __*RPO, Inc.*_____ ,   Case No. __*11-43402*___
_____
　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | | **TOTAL $** | *0.00* |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

In re _RPO, Inc._ ,                                        Case No. _11-43402_
                     Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | RPO General Checking Acct.  Bridge Bank Acct No. 101157279 Location: Bridge Bank, N.A. | | $ 3,700.00 |
| | | RPO Money Market Acct.  Bridge Bank, N.A. Acct. No. 101155497 Location: In debtor's possession | | $ 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Advance Payment Location: held by Gulf Coast Environmental | | $ 150,000.00 |
| | | Down Payment Location: held by Safety Storage Shed Inc. | | $ 14,416.89 |
| | | Equipment Advance Deposit Location: held by Trinity Capital Invest. LLC | | $ 2,500,000.00 |
| | | Equipment Lease Advance Rent Location: held by Trinity Capital Invest. LLC | | $ 328,000.00 |
| | | Real Property Lease Deposit Location: on deposit with landlord, Merced Peak Fork | | $ 50,000.00 |

Page __1__ of __4__

Case: 11-43402    Doc# 13    Filed: 04/12/11    Entered: 04/12/11 16:43:15    Page 3 of 21

In re **RPO, Inc.** ,                                              Case No. **11-43402**

                    Debtor(s)                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *RPO Inc.  Workers Comp Policy*<br>*HArtford Causulaty Ins. Co.*<br>*# 57WECNG7412*<br>*Location: In debtor's possession*<br><br>*RPO, Inc. Umbrella policy*<br>*Hartford Causulaty Ins. Co.*<br>*# 57SBAZE6556*<br>*Location: In debtor's possession* | | *Unknown*<br><br><br><br>*Unknown* |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *100% equity ownership of RPO PTY Ltd*<br>*Location: In debtor's possession* | | *Unknown* |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

Page __2__ of __4__

Case: 11-43402   Doc# 13   Filed: 04/12/11   Entered: 04/12/11 16:43:15   Page 4 of 21

In re  _RPO, Inc._____ ,   Case No. _11-43402_____
                                                                    (if known)
              Debtor(s)                    Case No.

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | *SEE RESPONSE TO ITEM 3* | | $ 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *NO KNOWN CLAIMS* | | $ 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | *SEE ATTACHMENT 22 (TRADEMARKS) Location: In debtor's possession* | | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *FORKLIFT Location: DEBTOR'S LEASED PREMISES* | | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *MISCELLANEOUS OFFICE FURNITURE AND COMPUTER EQUIPMENT Location: DEBTOR'S LEASED PREMISES* | | $ 10,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | *None (leased)* | | $ 0.00 |
| 30. Inventory. | X | | | |

Case: 11-43402   Doc# 13   Filed: 04/12/11   Entered: 04/12/11 16:43:15   Page 5 of 21

In re __RPO, Inc._____,     Case No. __11-43402__
                   Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                                   **Total** ➤     $ 3,056,116.89

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

Case: 11-43402    Doc# 13    Filed: 04/12/11    Entered: 04/12/11 16:48:53    Page 6 of 21

Registered trade marks

| RPO IP# | Mark | Class | Priority date | Country | Registration number | Date registered | Renewal due |
|---------|------|-------|---------------|---------|---------------------|-----------------|-------------|
| TM002 | DIGITAL WAVEGUIDE TOUCH | 9 | 20-3-07 | AU | 1167367 | 22-11-07 | 20-3-17 |
| " | " | " | " | US | 3818412 | 13-7-10 | 27-8-17 |
| " | " | " | " | EP | International Registration No 937299 | 22-8-08 | 27-8-17 |
| " | " | " | " | KR | " | 16-3-09 | 27-8-17 |
| TM003 | RPO (logo) | 1, 9, 42 | 16-8-07 | AU | 1194081 | 23-4-08 | 16-8-17 |
| TM004 | RPO (word) | 1, 9, 42 | 16-8-07 | AU | 1194080 | 23-4-08 | 16-8-17 |
| TM005 | DWT (logo) | 9 | 16-8-07 | AU | 1194073 | 23-4-08 | 16-8-17 |
| " | " | " | " | US | 3602737 (Principal Register) | 7-4-09 | 15-2-18 |
| " | " | " | " | EP | International Registration No 958842 | 20-4-09 | 15-2-18 |
| TM006 | DWT (word) | 9 | 16-8-07 | AU | 1194074 | 23-4-08 | 16-8-17 |
| " | " | " | " | US | 3602737 (Principal Register) | 7-4-09 | 15-2-18 |
| " | " | " | " | EP | International Registration No 958843 | 20-4-09 | 15-2-18 |

KEY: AU = Australia, US = United States of America, EP = European Union, KR = South Korea; 'Class' refers to the International Classification of Goods and Services (Nice Agreement)

In re _RPO, Inc._ ,                    Case No. _11-43402_
　　　　　　**Debtor(s)**                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　　　State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

　　　　List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

　　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:  **Creditor # : 1** **Bridge Bank, N.A.** **55 Almaden Blvd.** **San Jose CA 95113** |  | **Non-purchase Money Security** **RPO General Checking Acct.,** **Advance Payment, Equipment** **Advance Deposit, Equipment**  Value: **$ 2,991,700.00** |  |  |  | $ 0.00 | $ 0.00 |
| Account No:  **Creditor # : 2** **Hewlett-Packard Financial Serv** **420 Mountain Ave.** **New Providence NJ 07974** |  | **Purchase Money Security** **MISCELLANEOUS OFFICE FURNITURE** **AND COMPUTER EQUIPMENT**  Value: **$ 10,000.00** | X | X | X | $ 46,619.85 | $ 36,619.85 |
| Account No:  **Creditor # : 3** **Trinity Capital Invest., LLC** **2121 W Chandler Blvd.  #103** **Chandler AZ 85224** |  | **Non-purchase Money Security** **Advance Payment, Down Payment,** **Equipment Advance Deposit,** **Equipment Lease Advance Rent,**  Value: **$ 2,992,416.89** | X | X | X | $ 13,500,000.00 | $ 10,507,583.11 |

_1_　　continuation sheets attached

　　　　　　　　　　　　　　　　　　　**Subtotal $**　　　$ 13,546,619.85 | $ 10,544,202.96
　　　　　　　　　　　　　　　　　　　(Total of this page)
　　　　　　　　　　　　　　　　　　　**Total $**
　　　　　　　　　　　　　　　　　　　(Use only on last page)
　　　　　　　　　　　　　　　　　(Report also on Summary of　　(If applicable, report also on
　　　　　　　　　　　　　　　　　Schedules)　　　　　　　　　Statistical Summary of
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Certain Liabilities and
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Related Data)

Case: 11-43402    Doc# 13    Filed: 04/12/11    Entered: 04/12/11 16:43:15    Page 8 of 21

In re _RPO, Inc._ , Case No. _11-43402_
               **Debtor(s)**                                                **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number _(See Instructions Above.)_ | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 4<br>_Wells Fargo Financial Leasing_<br>_PO Box 6434_<br>_Carol Stream IL 60197_ | | _MISCELLANEOUS OFFICE FURNITURE AND COMPUTER EQUIPMENT_<br><br>Value: **$ 10,000.00** | x | x | x | **$ 14,751.00** | **$ 14,751.00** |
| Account No:<br><br> | | <br><br>Value: | | | | | |
| Account No:<br><br> | | <br><br>Value: | | | | | |
| Account No:<br><br> | | <br><br>Value: | | | | | |
| Account No:<br><br> | | <br><br>Value: | | | | | |
| Account No:<br><br> | | <br><br>Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $<br>(Total of this page) | **$ 14,751.00** | **$ 14,751.00** |
| Total $<br>(Use only on last page) | **$ 13,561,370.85** | **$ 10,558,953.96** |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Case: 11-43402    Doc# 13    Filed: 04/12/11    Entered: 04/12/11 16:43:15    Page 9 of 21

In re _RPO, Inc._____,    Case No. _11-43402_____
                          **Debtor(s)**                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*  Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   **continuation sheets attached**

In re <u>RPO, Inc.</u> ,        Case No. <u>11-43402</u>
        **Debtor(s)**                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1 Internal Revenue Service Fresno CA 93888** | | | *failure to timely file Form 5471* | | | | X | $ 5,151.63 | $ 5,151.63 | $ 0.00 |
| Account No: | | | | | | | | | | |
| Account No: | | | | | | | | | | |
| Account No: | | | | | | | | | | |
| Account No: | | | | | | | | | | |
| Account No: | | | | | | | | | | |

Sheet No. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 5,151.63 | 5,151.63 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 5,151.63 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 5,151.63 | 0.00 |

In re _RPO, Inc._ _____ ,    Case No. _11-43402_ _____

**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1 2XL, Inc. 590 Brannan Street San Francisco CA 94107 | | | trade debt | | | | $ 5,953.00 |
| Account No: Creditor # : 2 A2Z Business Systems 200 Valley Drive #12 Brisbane CA 94055 | | | trade debt | | | | $ 780.00 |
| Account No: Creditor # : 3 Adaptive Planning, Inc. 2041 Landings Drive Mountain View CA 94043 | | | software maintenance | | | | $ 8,600.00 |
| Account No: Creditor # : 4 Air Products and Chemicals, In 7201 Hamilton Blvd. Allentown PA 18195-1501 | | | trade debt | | | | $ 2,026.06 |

_6_ continuation sheets attached

Subtotal $ | $ 17,359.06

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _RPO, Inc._ _____,   Case No. _11-43402_____
         **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | | $ 322.85 |
| Creditor # : 5 Allied Waste 42600 Boyce Rd Fremont CA 94538-3500 | | | trade debt | | | | |
| **Account No:** | | | | | | | $ 65.00 |
| Creditor # : 6 Amalgamated Financial Group P.O. Box 1006 Old Bridge NJ 08857 | | | trade debt | | | | |
| **Account No:** | | | | | | | $ 98.94 |
| Creditor # : 7 Arrowhead Direct PO Box 856158 Louisville KY 40285-6158 | | | trade debt | | | | |
| **Account No:** | | | | | | | $ 1,398.79 |
| Creditor # : 8 Bay Alarm Company 491 Gianni Street Santa Clara CA 95054 | | | trade debt | | | | |
| **Account No:** | | | | | | | $ 1,864.75 |
| Creditor # : 9 CErebral Media, Inc. 3 Via Abajar San Clemente CA 92673 | | | trade debt | | | | |
| **Account No:** | | | | | | | $ 685.00 |
| Creditor # : 10 Chemical Strategies, Inc. 41780 N Vision Way Bldg #3 Suite 130 Phoenix AZ 85086 | | | trade debt | | | | |

Sheet No. _1_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 4,435.33

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _RPO, Inc._____,    Case No. _11-43402_____

 **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 5,665.00 |
| Creditor # : 11 Clean Innovation Corp 3350 Scott Blvd., #8 Santa Clara CA 94054 | | | trade debt | | | | |
| Account No: | | | | | | | $ 6,762.20 |
| Creditor # : 12 EQA Office Furniture 1057 Montague Expressway Milpitas CA 95035 | | | office furniture | | | | |
| Account No: | | | | | | | $ 3,221.09 |
| Creditor # : 13 Fedex P.O. Box 7221 Pasadena CA 91109-7321 | | | trade debt | | | | |
| Account No: | | | | | | | $ 1,600.00 |
| Creditor # : 14 Fortifire, Inc. 46560 Fremont Blvd. #119 Fremont CA 94538 | | | trade debt | | | | |
| Account No: | | | | | | | $ 108.07 |
| Creditor # : 15 Foster Brothers 555 South Murphy Avenue Sunnyvale CA 94086 | | | trade debt | | | | |
| Account No: | | | | | | | $ 4,363.01 |
| Creditor # : 16 Graybar 11505 Dublin Blvd Dublin CA 94568 | | | trade debt | | | | |

Sheet No. __2__ of __6__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 21,719.37

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _RPO, Inc._____ ,    Case No. _11-43402_____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 17 Gulf Coast Environmental 9562 Winter Gardens Blvd. #D14 Lakeside CA 92040 | | | trade debt  *Subject to Setoff | X | | X | $ 105,000.00 |
| Account No: Creditor # : 18 Integrated Engineering Service 70 Saratoga Ave. #200 Santa Clara CA 95051 | | | trade debt | X | | X | $ 10,767.50 |
| Account No: Creditor # : 19 Intralink - London The Manor House Church Street Burton Latimer UK NN15 5LU | | | commissions | | | | $ 10,000.00 |
| Account No: Creditor # : 20 Mallory Safety & Supply LLC PO Box 2068 Longview WA 98632 | | | trade debt | | | | $ 647.64 |
| Account No: Creditor # : 21 Merced Peak Fork, LLC 1300 Industrial Rd. #2 San Carlos CA 94070-1310 | | | rent for leased premises  *Subject to Setoff | X | X | | $ 40,000.00 |
| Account No: Creditor # : 22 NNR Global Logoistics, USA, In 342 Allerton Avenue South San Franci CA 94080 | | | customs agent | | | | $ 600.00 |

Sheet No. __3__ of __6__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 167,015.14
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _RPO, Inc._ _____ ,      Case No. _11-43402_ _____

              **Debtor(s)**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 23** PAETEC 600 WillowBrook Office Park Fairport NY 14450 | | | trade debt | | | | $ 2,734.27 |
| Account No: **Creditor # : 24** PG&E Box 997300 Sacramento CA 95899-7300 | | | utilities | | | | $ 68,827.94 |
| Account No: **Creditor # : 25** ProExhibits 1188 Bordeaux Drive Sunnyvale CA 94089 | | | trade debt | | | | $ 180.00 |
| Account No: **Creditor # : 26** Prudential Overall Supply 1437 N Milpitas Blvd. Milpitas CA 95035 | | | trade debt | | | | $ 840.50 |
| Account No: **Creditor # : 27** Regus Management Group, LLC PO Box 842456 Dallas TX 75284 | | | office rent | | | | $ 1,674.55 |
| Account No: **Creditor # : 28** Riverwood Solutions 70 Willow Road #100 Menlo Park CA 94025 | | | consulting services | X | X | X | $ 300,000.00 |

Sheet No. _4_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims          **Subtotal $**    $ 374,257.26

                                                  **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _RPO, Inc._ ,                                    Case No. _11-43402_
　　　　　　　**Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 29 <br> Rockfish Tek <br> 990 Richard Ave. #110 <br> Santa Clara CA 95050 | | | trade debt | | | | $ 1,093.29 |
| Account No: <br> Creditor # : 30 <br> Safety Storage Inc. <br> 855 N. 5th St. <br> Charleston IL 61920 | | | trade debt. advance payment of $14,416.89 <br><br> *Subject to Setoff | | | | $ 40,216.00 |
| Account No: <br> Creditor # : 31 <br> Sigmatech <br> 3333 Bowers Ave. #130 <br> Santa Clara CA 95054 | | | trade debt | | | | $ 500.00 |
| Account No: <br> Creditor # : 32 <br> Sprint Customer Service <br> PO Box 4181 <br> Carol Stream IL 60197 | | | trade debt | | | | $ 64.38 |
| Account No: <br> Creditor # : 33 <br> The Hoffman Agency <br> 70 N Second St. <br> San Jose CA 95113 | | | trade debt | | | | $ 1,260.00 |
| Account No: <br> Creditor # : 34 <br> TuV SUD America, Inc. <br> 10 Centennial Dr. <br> Peabody MA 01960 | | | trade debt | | | X | $ 22,380.55 |

Sheet No. _5_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 65,514.22
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _RPO, Inc._ _____ ,    Case No. _11-43402_ _____

                    **Debtor(s)**                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 35* *VWR International* *PO Box No 117* *Wayne PA 19087* | | | *trade debt* | | | | $ 1,767.77 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _6_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 1,767.77 |
|---|---|---|
| (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | **Total $** | $ 652,068.15 |

In re _RPO, Inc._ _____ / Debtor     Case No. _11-43402_ _____

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Dennis Mahoney_<br>_c/o Sequoia Financial_<br>_177 Bovet Rd. #600_<br>_San Mateo CA  94402_ | Contract Type: _Service contract_<br>Terms:<br>Beginning date: _3/23/2011_<br>Debtor's Interest: _Purchaser_<br>Description: _Chapter 7 bankruptcy project services_<br><br>Buyout Option: |
| _Gulf Coast Environmental_<br>_9562 Winter Gardens Blvd. #D14_<br>_Lakeside CA  92040_ | Contract Type: _Sales contract_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Purchaser_<br>Description: _abatement tool / oxidizer_<br><br>Buyout Option: |
| _Hewlett-Packard Financial Serv_<br>_420 Mountain Ave._<br>_New Providence NJ  07974_ | Contract Type: _equipment lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description: _Business Lease Agreements Nos. 572D7A0B and_<br>_572D7899_<br><br>Buyout Option: |
| _Malcolm J Thompson_<br>_c/0 MJT Associates_<br>_1500 Calaveras Avenue_ | Contract Type: _Service contract_<br>Terms:<br>Beginning date: _6/19/2008_<br>Debtor's Interest: _Purchaser_<br>Description: _consulting/contract CEO services. multiple_<br>_amendments_<br><br>Buyout Option: |
| _Merced Peak Fork_<br>_1300 Industrial Rd. #2_<br>_San Carlos CA  94070-1310_ | Contract Type: _Non-residential lease * *_<br>Terms:<br>Beginning date: _11/1/2010_<br>Debtor's Interest: _Lessee_<br>Description:  _Lease Agrement for lease of real property_<br>_premise at 43455 Osgod Rd., Fremont, CA 94539_<br><br>Buyout Option: |

In re _RPO, Inc._ _____ / Debtor     Case No. _11-43402_

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address,<br>Including Zip Code, of<br>Other Parties to Lease<br>or Contract. | Description of Contract or Lease and<br>Nature of Debtor's Interest.<br>State whether Lease is for Nonresidential Real Property.<br>State Contract Number of any Government Contract. |
|---|---|
| _PAETEC_<br>_600 WillowBrook Office Park_<br>_Fairport NY  14450_ | Contract Type:_Service contract_<br>Terms:<br>Beginning date:<br>Debtor's Interest:_Purchaser_<br>Description: _connectivity services_<br><br>Buyout Option: |
| _Regus Management Group, LLC_<br>_PO Box 842456_<br>_Dallas TX  75284_ | Contract Type:_Non-residential lease * *_<br>Terms:<br>Beginning date:<br>Debtor's Interest:_Occupant_<br>Description: _contract for executive office at 2880 Zanker Road, #203, San Jose CA_<br><br>Buyout Option: |
| _Safety Storage Inc._<br>_855 N. 5th St._<br>_Charleston IL  61920_ | Contract Type:_Sales contract_<br>Terms:<br>Beginning date:<br>Debtor's Interest:_Purchaser_<br>Description: _chemical storage unit_<br><br>Buyout Option: |
| _Trinity Capital Invest., LLC_<br>_2121 W Chandler Blvd.  #103_<br>_Chandler AZ  85224_ | Contract Type:_equipment lease  (machinery/clean room)_<br>Terms:<br>Beginning date:_7/27/2010_<br>Debtor's Interest:_Lessee_<br>Description: _Master Lease Agreement No.1-1_<br><br>Buyout Option: |
| _Wells Fargo Financial Leasing_<br>_PO Box 6434_<br>_Carol Stream IL  60197_ | Contract Type:_equipment lease  (copier)_<br>Terms: _48 months_<br>Beginning date:_2/1/2011_<br>Debtor's Interest:_Lessee_<br>Description: _office equipment lease (copier)_<br><br>Buyout Option: _fmv_ |

In re *RPO, Inc., a Delaware Corporation*        Case No. *11-43402*
<br>Debtor                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Dennis Mahoney*      *Authorized Agent*    of the *Corporation*
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  21 sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: *4/12/2011*

Signature   /s/ Dennis Mahoney
<br>         Name: *Dennis Mahoney*
<br>          Title: *Authorized Agent*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.